department, entered May 10, 1921, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel the board of education of the city of Buffalo to reinstate the petitioner in the position of principal of a public school in that city. On October 29, 1918, she had been appointed principal by the said board of education. On October 11, 1920, she was summarily dismissed from said position without complaint, charges or hearing. It was held that petitioner's appointment as principal was for a probationary period of two years and that her removal from the position during the continuance of said probationary period was not unlawful.

*George H. Kennedy* for appellant.

*William S. Rann*, Corporation Counsel (*John E. Livermore* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J. Absent: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY GIVNER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 28, 1921; decided December 13, 1921.)

APPEAL from a judgment of the Supreme Court, rendered March 8, 1921, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree,

*Frederick E. Weeks* for appellant.

*Lee Parsons Davis* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.